**Order entered November 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01432-CV

## IN RE ALEX PERRY NEAL, Relator

**Original Proceeding from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84128-2019**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE